UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE PEOPLE OF THE
STATE OF NEW YORK,

    Plaintiff,

   -v-       6:21-CV-952

EDMOND G. PARENTEAU,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:      OF COUNSEL:

EDMOND G. PARENTEAU
Defendant, Pro Se
General Post Office
Guilford, NY 13780

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

 On August 11, 2021, *pro se* defendant Edmond Parenteau ("defendant") filed a notice of removal to this Court. Dkt. No. 1. Broadly construed, defendant seeks to remove to this Court a pending state court prosecution against him by the People of the State of New York based on his alleged failure to maintain a current vehicle inspection. *Id.* Defendant also moved for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 4.

On September 3, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks granted defendant's IFP application for the purpose of an initial review and advised by Report & Recommendation ("R&R") that defendant's petition for removal be dismissed and that the matter be remanded to the state court in which it originated.  Dkt. No. 8.

Defendant has filed objections.  Dkt. No. 10.  Upon *de novo* review of the portions to which defendant has objected, the Report & Recommendation is accepted and adopted in all respects.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Defendant's notice of removal is DISMISSED; and

3. This matter is REMANDED to the state court in which it originated.

The Clerk of the Court is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

Dated:  September 20, 2021
        Utica, New York.

David N. Hurd
U.S. District Judge